■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PAUL J. CARPENTER, Appellant. (Appeal No. 2.) [786 NYS2d 795]— Appeal from a judgment of the Cattaraugus County Court (Larry M. Himelein, J.), rendered January 26, 2004. The judgment convicted defendant, upon his plea of guilty, of misdemeanor driving while intoxicated.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed.

Same memorandum as in *People v Carpenter* (13 AD3d 1193 [2004]). Present—Pigott, Jr., P.J., Hurlbutt, Gorski, Martoche and Smith, JJ.